

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00001-CV

## IN THE ESTATE OF ALLEN EUGENE DENTON, III, DECEASED

_____

**From the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Court No. 14,245-PC**

## MEMORANDUM OPINION

Appellants and appellees have filed a joint motion to reinstate the appeal, which was abated on February 6, 2014 to allow the trial court to sign an agreed judgment effectuating the mediated agreement of the parties, and to dismiss the appeal.

The parties' motion is granted. This appeal is reinstated and dismissed. *See* TEX. R. APP. P. 42.1.


                                                                TOM GRAY
                                                                Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 27, 2014
[CV06]